934 A.2d 1153

**Anthony E. OLIVER, Petitioner,**

**v.**

**COURT OF COMMON PLEAS of Philadelphia County, Respondent.**

**No. 117 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 15, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of October, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Mandamus to Compel Lower Court to Correct Illegal Sentence is denied.